## BIGGS AND BATTAGLIA
### ATTORNEYS AT LAW

VICTOR F. BATTAGLIA
ROBERT D. GOLDBERG
PHILIP B. BARTOSHESKY
VICTOR F. BATTAGLIA, JR.

921 NORTH ORANGE STREET
P.O. BOX 1489
WILMINGTON, DELAWARE 19899
(302) 655-9677
TELECOPIER (302) 655-7924
writer's e-mail address: VictorSr@batlaw.com

OF COUNSEL
JOHN BIGGS III
GERARD P. KAVANAUGH, SR.
S. BERNARD ABLEMAN

March 23, 2005

The Honorable Kent A. Jordan
United States District Court
District of Delaware
Lockbox 10
844 King Street
U.S. Courthouse
Wilmington, DE 19801

Re: <u>Ernestine Parker v. Comcast Cable Communications, Inc., et al.</u>
    C.A. No. 04-344-KAJ
    March 28, 2005 Scheduling Conference

Dear Judge Jordan:

Attached please find the parties' Proposed Scheduling Order in regard to the above captioned matter.

Respectfully,

Victor F. Battaglia

VFB/pmh
Enclosure

cc: William M. Kelleher, Esquire