IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ERNESTINE PARKER | : | |
|     Plaintiff | : | |
| v. | : | C.A. Number: 04-344-KAJ |
| COMCAST CABLE COMMUNICATIONS, INC ET Al. | : | |
|     Defendants | : | |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to District Court Local Rule 83.5, and the attached certifications, counsel for defendants moves the admission *pro hac vice* of John B. Langel, Esquire, of the law firm of Ballard Spahr Andrews & Ingersoll, LLP, 51st Floor, 1735 Market Street, Philadelphia, Pennsylvania 19103-7599 to represent the defendant in this matter.

Dated: March 24, 2005

Respectfully submitted,

BALLARD SPAHR ANDREWS &
INGERSOLL, LLP

_____
William M. Kelleher (No. 3961)
919 Market Street
17th Floor
Wilmington, DE 19801
Phone: (302) 252-4465
Facsimile: (302) 252-4466

## COUNSELS' CERTIFICATES TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the Commonwealth of Pennsylvania and the State of New Jersey, pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

By: _____
John B. Langel, Esquire
Ballard Spahr Andrews & Ingersoll, LLP
51st Floor
1735 Market Street
Philadelphia, PA 19103-7599
Phone: (215) 864-8105
Facsimile: (215) 864-9743

## ORDER

Motion granted.

**BY THE COURT:**

Dated: _____          _____
United States District Court Judge

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on March 24, 2005, two copies of the attached Motion and Order for Admission Pro Hac Vice were served upon the following counsel *via* first-class mail:

Victor F. Battaglia, Esquire
Biggs & Battaglia
921 North Orange Street
P.O. Box 1489
Wilmington, DE 19899

_____
William M. Kelleher (No. 3961)
Ballard Spahr Andrews & Ingersoll, LLP
919 North Market Street
17th Floor
Wilmington, DE 19801-3034
(302) 252-4465

Attorney for Defendants