**BIGGS AND BATTAGLIA**

ATTORNEYS AT LAW

921 NORTH ORANGE STREET

P.O. BOX 1489

WILMINGTON, DELAWARE 19899

(302) 655-9677

TELECOPIER (302) 655-7924

writer's e-mail address: VictorSr@batlaw.com

**VICTOR F. BATTAGLIA**
**ROBERT D. GOLDBERG**
**PHILIP B. BARTOSHESKY**
**VICTOR F. BATTAGLIA, JR.**

OF COUNSEL
**JOHN BIGGS III**
**GERARD P. KAVANAUGH, SR.**
**S. BERNARD ABLEMAN**

March 29, 2005

**Via Electronic Filing and Hand Delivery**
The Honorable Kent A. Jordan
United States District Court
Lock Box 10
844 King Street
Wilmington, DE 19801

    RE:    *Ernestine Parker v. Comcast Corporation, et al.*
              C.A. Number: 04-344 KAJ

Dear Judge Jordan:

    I enclose herewith the proposed Scheduling Order in the above referenced matter, formulated by agreement by the parties.

    Should you require any additional information, counsel is available.

                            Respectfully submitted,

                            Victor F. Battaglia

VFB/fkb
enclosure
cc:    William M. Kelleher, Esquire (w/encl.), *via electronic filing*
        Farrah Gold, Esquire (w/encl.), *via e-mail*