IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ERNESTINE PARKER, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | |
| § | C.A. No.:   04-344 KAJ |
| COMCAST CORPORATION, a § | |
| Pennsylvania corporation, COMCAST § | |
| CABLE COMMUNICATIONS, INC., a § | |
| Delaware corporation, COMCAST § | |
| CABLEVISION OF NEW CASTLE § | |
| COUNTY, LLC, a Delaware Limited § | |
| Liability Corporation, successor in interest § | |
| to Comcast Cablevision of New Castle § | |
| County, Inc., a Delaware corporation, § | |
| PHILIP ANNONE and WILLIAM G. § | |
| MOSLEY, § | |
| § | |
| Defendants. § | |

NOTICE OF SERVICE

I, Victor F. Battaglia, Sr., Esquire, do hereby certify that on the 4th day of April, 2005 one true and correct copy of **PLAINTIFF'S INITIAL DISCLOSURES PURSUANT TO RULE 26(A) (1)** were forwarded via e-mail:

William M. Kelleher, Esquire
Ballard Spahr Andrews & Ingersoll, LLP
919 Market Street, 17th Floor
Wilmington, DE 19801

**BIGGS AND BATTAGLIA**

      /s/ Victor F. Battaglia
Victor F. Battaglia (ID #156)
921 Orange Street
P.O. Box 1489
Wilmington DE 19899-1489
(302) 655-9677
E-mail: VictorSr@batlaw.com
Attorney for Plaintiffs