IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ERNESTINE PARKER,<br><br>        Plaintiff,<br><br>v.<br><br>COMCAST CORPORATION, a Pennsylvania corporation, COMCAST CABLE COMMUNICATIONS, INC., a Delaware corporation, COMCAST CABLEVISION OF NEW CASTLE COUNTY, LLC, a Delaware Limited Liability Corporation, successor in interest to Comcast Cablevision of New Castle County, Inc., a Delaware corporation, PHILIP ANNONE, and WILLIAM G. MOSLEY,<br><br>        Defendants. | :<br>:<br>:<br>:<br>:<br>:   C.A. Number: 04-344<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on _4 APRIL 2005_, I, William M. Kelleher, caused to be served true and correct copies of Defendants' Initial Disclosures, as well as a copy of this Notice, upon the following counsel of record in the manner indicated:

**VIA HAND DELIVERY**

Victor F. Battaglia, Esquire
Biggs & Battaglia
921 North Orange Street
P.O. Box 1489
Wilmington, DE 19899

_____
William M. Kelleher (No. 3961)
Ballard Spahr Andrews & Ingersoll, LLP
919 North Market Street
12th Floor
Wilmington, DE 19801-3034
Telephone: (302) 252-4465
Facsimile: (302) 252-4466

OF COUNSEL:
John B. Langel
Farrah I. Gold
Ballard Spahr Andrews & Ingersoll, LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599
(215)665-8500

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ERNESTINE PARKER | : |
| Plaintiff | : |
| v. | : C.A. Number: 04-344-KAJ |
| COMCAST CABLE COMMUNICATIONS, INC ET Al. | : |
| Defendants | : |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on 4 April 2005, I, William M. Kelleher, caused to be served true and correct copies of Defendants' Initial Disclosures, as well as a copy of this Notice, upon the following counsel of record in the manner indicated:

### VIA HAND DELIVERY

Victor F. Battaglia, Esquire
Biggs & Battaglia
921 North Orange Street
P.O. Box 1489
Wilmington, DE 19899

_____
William M. Kelleher (No. 3961)
Ballard Spahr Andrews & Ingersoll, LLP
919 North Market Street
12th Floor
Wilmington, DE 19801-3034
Telephone: (302) 252-4465
Facsimile: (302) 252-4466

OF COUNSEL:
John B. Langel
Farrah I. Gold
Ballard Spahr Andrews & Ingersoll, LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599
(215)665-8500