**IN THE UNITED STATES DISTRICT COURT**
**IN AND FOR THE DISTRICT OF DELAWARE**

ERNESTINE PARKER,                          :

                       Plaintiff,    :

                            :

        v.                                 :       C.A. Number: 04-344

                            :

COMCAST CORPORATION, a Pennsylvania        :
corporation, COMCAST CABLE
COMMUNICATIONS, INC., a Delaware           :
corporation, COMCAST CABLEVISION OF
NEW CASTLE COUNTY, LLC, a Delaware         :
Limited Liability Corporation, successor in interest    :
to Comcast Cablevision of New Castle County,    :
Inc., a Delaware corporation, PHILIP ANNONE,    :
and WILLIAM G. MOSLEY,                     :

                            :

            Defendants.               :

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on *MAy 18, 2005* I, William M. Kelleher, caused to be

served true and correct copies of Defendants' First Set of Interrogatories and First Set of

Document Requests Addressed to Plaintiff, as well as a copy of this Notice, upon the following

counsel of record in the manner indicated:

**VIA HAND DELIVERY**

Victor F. Battaglia, Esquire
Biggs & Battaglia
921 North Orange Street
P.O. Box 1489
Wilmington, DE 19899

William M. Kelleher (No. 3961)
Ballard Spahr Andrews & Ingersoll, LLP
919 North Market Street
12th Floor
Wilmington, DE 19801-3034
Telephone: (302) 252-4465
Facsimile: (302) 252-4466

OF COUNSEL:
John B. Langel
Farrah I. Gold
Ballard Spahr Andrews & Ingersoll, LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599
(215)665-8500