## IN THE UNITED STATES DISTRICT COURT
## IN AND FOR THE DISTRICT OF DELAWARE

ERNESTINE PARKER,                                    :
                                                     :
                    Plaintiff,                       :
                                                     :
            v.                                       :        C.A. Number: 04-344
                                                     :
COMCAST CORPORATION, a Pennsylvania                  :
corporation, COMCAST CABLE                           :
COMMUNICATIONS, INC., a Delaware                     :
corporation, COMCAST CABLEVISION OF                  :
NEW CASTLE COUNTY, LLC, a Delaware                   :
Limited Liability Corporation, successor in interest :
to Comcast Cablevision of New Castle County,         :
Inc., a Delaware corporation, PHILIP ANNONE,         :
and WILLIAM G. MOSLEY,                               :
                                                     :
                    Defendants.                      :

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on July 28, 2005, I, William M. Kelleher, caused to be

served a true and correct copy of Defendants' Notice of Deposition of Plaintiff, as well as a copy

of this Notice, upon the following counsel of record in the manner indicated:

**<u>VIA HAND DELIVERY</u>**

Victor F. Battaglia, Esquire
Biggs & Battaglia
921 North Orange Street
P.O. Box 1489
Wilmington, DE 19899

William M. Kelleher (No. 3961)
Ballard Spahr Andrews & Ingersoll, LLP
919 North Market Street
12th Floor
Wilmington, DE 19801-3034
Telephone: (302) 252-4465
Facsimile: (302) 252-4466

OF COUNSEL:
John B. Langel
Farrah I. Gold
Ballard Spahr Andrews & Ingersoll, LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599
(215)665-8500