IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

FILED
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE

2005 AUG -2  AM 11: 45

| | |
|---|---|
| ERNESTINE PARKER,<br><br>        Plaintiff,<br><br>v.<br><br>COMCAST CORPORATION, a Pennsylvania corporation, COMCAST CABLE COMMUNICATIONS, INC., a Delaware corporation, COMCAST CABLEVISION OF NEW CASTLE COUNTY LLC, a Delaware limited liability corporation, successor-in-interest to Comcast Cablevision of New Castle County Inc., a Delaware corporation, PHILIP ANNONE, and WILLIAM G. MOSLEY,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 04-344-KAJ<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### ORDER

At Wilmington this **2nd** day of **August, 2005**,

IT IS ORDERED that the status teleconference presently set for **August 17, 2005 at 4:30 p.m.** is hereby rescheduled to **August 23, 2005 at 11:00 a.m. Counsel for Plaintiff shall initiate the teleconference call.**

If there are out-of-state counsel working on this case, local counsel are reminded of their obligation to inform their out-of-state co-counsel of this Order.

_____
UNITED STATES DISTRICT JUDGE