LAW OFFICES

# BALLARD SPAHR ANDREWS & INGERSOLL, LLP

919 NORTH MARKET STREET, 12TH FLOOR
WILMINGTON, DELAWARE 19801-3034
(302) 252-4465
FAX: (302) 252-4466
WWW.BALLARDSPAHR.COM

PHILADELPHIA, PA
BALTIMORE, MD
DENVER, CO
SALT LAKE CITY, UT
VOORHEES, NJ
WASHINGTON, DC

WILLIAM M. KELLEHER
DIRECT DIAL: 302-252-4460
PERSONAL FAX: 302-355-0723
KELLEHERW@BALLARDSPAHR.COM

August 18, 2005

**VIA HAND DELIVERY**

The Honorable Kent A. Jordan
U.S. District Court
Lockbox 10
844 N. King Street
Wilmington, DE 19801

Re:    Parker v. Comcast Corporation et al.
United States District Court for the District of Delaware
Civil Action No. 04-344

Dear Judge Jordan:

Pursuant to Paragraph seven of the Court's Scheduling Order dated March 30, 2005, I provide Defendants' interim status report on the above case. This is an employment case in which Plaintiff alleges that Comcast discriminated against her on the basis of an alleged disability. Plaintiff worked in the Human Resources department of Comcast's New Castle Call Center. Plaintiff's employment was terminated on November 4, 2002. The matters at issue are plaintiff's alleged disability, Comcast's treatment of plaintiff, Comcast's decision to terminate Plaintiff's employment, and Plaintiff's decision not to accept alternative employment at Comcast.

With respect to the status of discovery, Defendants have served written discovery on Plaintiff and have received Plaintiff's responses. Plaintiff and Defendants have exchanged expert reports. Additionally, Defendants deposed plaintiff on August 11, 2005.

Respectfully submitted,

William Kelleher / TMD

William M. Kelleher

WMK/tfj
Enclosure

The Honorable Kent A. Jordan
August 18, 2005
Page 2


cc:     Victor F. Battaglia, Esquire
        John B. Langel, Esquire
        Farrah I. Gold, Esquire