**BIGGS AND BATTAGLIA**

| | | |
|---|---|---|
| **VICTOR F. BATTAGLIA** | ATTORNEYS AT LAW | OF COUNSEL |
| **ROBERT D. GOLDBERG** | 921 NORTH ORANGE STREET | **JOHN BIGGS III** |
| **PHILIP B. BARTOSHESKY** | P.O. BOX 1489 | **GERARD P. KAVANAUGH, SR.** |
| **VICTOR F. BATTAGLIA, JR.** | WILMINGTON, DELAWARE 19899 | **S. BERNARD ABLEMAN** |
| | (302) 655-9677 | |
| | TELECOPIER (302) 655-7924 | |

writer's e-mail address: VictorSr@batlaw.com

August 18, 2005

<u>**Via Electronic Filing and Hand Delivery**</u>

The Honorable Kent A. Jordan
United States District Court
Lock Box 10
844 King Street
Wilmington, DE 19801

      RE:    *Ernestine Parker v. Comcast Corporation, et al.*
               **C.A. Number: 04-344 KAJ**

Dear Judge Jordan:

Please consider this letter the Plaintiff's status report on the above-referenced case. A status teleconference is presently scheduled for August 23, 2005 at 11:00 a.m.

Currently pending before the Court is Defendant's Motion to Dismiss the Plaintiff's State law claims.

The parties have exchanged expert witness reports and the deposition of the Plaintiff has been taken.

It is anticipated depositions of the named Defendants will be taken within thirty days.

The case is tentatively scheduled for a mediation conference with Magistrate Thynge on October 24, 2005.

                                              Respectfully submitted,

                                              /s/ Victor F. Battaglia
                                              Victor F. Battaglia (I.D. #156)

VFB/pll
cc:    William M. Kelleher, Esquire (*via electronic filing*)
         Farrah Gold, Esquire, *via e-mail*