IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ERNESTINE PARKER, | § § | |
| Plaintiff, | § § | |
| v. | § § | C.A. No.:   04-344 KAJ |
| COMCAST CORPORATION, a Pennsylvania corporation, COMCAST CABLE COMMUNICATIONS, INC., a Delaware corporation, COMCAST CABLEVISION OF NEW CASTLE COUNTY, LLC, a Delaware Limited Liability Corporation, successor in interest to Comcast Cablevision of New Castle County, Inc., a Delaware corporation, PHILIP ANNONE and WILLIAM G. MOSLEY, | § § § § § § § § § § § § | |
| Defendants. | § | |

## NOTICE OF SERVICE

I, Victor F. Battaglia, Sr., Esquire, do hereby certify that on the 19th day of August, 2005 one true and correct copy of **PLAINTIFF'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS** were forwarded via hand delivery to:

William M. Kelleher, Esquire
Ballard Spahr Andrews & Ingersoll, LLP
919 Market Street, 17th Floor
Wilmington, DE 19801

                                                                     **BIGGS & BATTAGLIA**
                                                                     /s/ Victor F. Battaglia
                                                                     Victor F. Battaglia (ID #156)
                                                                      921 Orange Street
                                                                      P.O. Box 1489
                                                                      Wilmington, DE 19899
                                                                      (302) 655-9677
                                                                      E-mail: VictorSr@batlaw.com
                                                                      Attorney for Plaintiff

Dated: August 19, 2005