IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ERNESTINE PARKER, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 04-344-KAJ |
| COMCAST CORPORATION, et al., | : |
| Defendants. | : |

## ORDER

At Wilmington this **3rd** day of **October, 2005**,

IT IS ORDERED that the mediation conference tentatively scheduled for Monday, October 24, 2005 beginning at 10:00 a.m. is canceled.

IT IS FURTHER ORDERED that a teleconference has been scheduled for **Friday, January 6, 2006 at 8:30 a.m.** to discuss the status of the case and the affect on mediation. **Defense counsel shall initiate the teleconference call.**

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE