**BIGGS AND BATTAGLIA**

| | | |
|---|---|---|
| VICTOR F. BATTAGLIA<br>ROBERT D. GOLDBERG<br>PHILIP B. BARTOSHESKY<br>VICTOR F. BATTAGLIA, JR. | ATTORNEYS AT LAW<br>921 NORTH ORANGE STREET<br>P.O. BOX 1489<br>WILMINGTON, DELAWARE 19899<br>(302) 655-9677<br>TELECOPIER (302) 655-7924<br>writer's e-mail address: VictorSr@batlaw.com | OF COUNSEL<br>JOHN BIGGS III<br>GERARD P. KAVANAUGH, SR.<br>S. BERNARD ABLEMAN |

October 3, 2005

**Via Electronic Filing and Hand Delivery**

The Honorable Kent A. Jordan
United States District Court
Lock Box 10
844 King Street
Wilmington, DE 19801

   RE: *Ernestine Parker v. Comcast Corporation, et al.*
      C.A. Number: 04-344 KAJ

Dear Judge Jordan:

  Circumstances require that I request the Court to extend the discovery period by thirty (30) days in the captioned case for the purpose of deposing two defense employees, William G. Mosley and Philip Annone.

  Philip B. Bartoshesky of this office was in the process of setting up their depositions and apparently had worked out a mutually acceptable time for the depositions. Before he could notice them, he was stricken with what has since been diagnosed as pancreatitis. He has been hospitalized since that time and is expected to be released on October 3, 2005.

  I have conferred with Mr. Langel of Ballard Spahr who is defending the depositions. He has graciously advised me that because of the circumstances he has not objection to the request for the extension of the discovery, so long as it is limited to taking those two depositions.

  In addition, Ms. Gold of that office has requested that the time for filing dispositive motions be extended if the extension of discovery request is granted. Of course, I have no objection to that request.

The Honorable Kent A. Jordan
October 3, 2005
Page 2

      If the Court grants the extension either Mr. Bartoshesky or myself will complete the requested depositions within the thirty (30) day period.

      Thank you for your consideration of this request.

      Respectfully submitted,

      /s/ Victor F. Battaglia
      Victor F. Battaglia (I.D. #156)

VFB/pll
cc:    John Langel, Esquire
      Farrah Gold, Esquire
      William M. Kelleher, Esquire (*via electronic filing*)