IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ERNESTINE PARKER,<br><br>            Plaintiff,<br><br>v.<br><br>COMCAST CORPORATION, a Pennsylvania corporation, COMCAST CABLE COMMUNICATIONS, INC., a Delaware corporation, COMCAST CABLEVISION OF NEW CASTLE COUNTY LLC, a Delaware limited liability corporation, successor-in-interest to Comcast Cablevision of New Castle County Inc., a Delaware corporation, PHILIP ANNONE, and WILLIAM G. MOSLEY,<br><br>            Defendants. | )<br>)<br>)<br>)<br>)<br>)   Civil Action No. 04-344-KAJ<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## FIRST AMENDED SCHEDULING ORDER

At Wilmington this 5th day of October, 2005,

IT IS ORDERED that the Courts March 30, 2005 Scheduling Order (D.I. 17) is hereby amended as follows:

1.    Discovery

    a.    Discovery Cut Off. The discovery cut off is hereby extended to October 30, 2005 for the sole purpose of permitting depositions to be taken of Messrs. William G. Mosley and Philip Annone.

2.    Case Dispositive Motions. All case dispositive motions, an opening brief, and affidavits, if any, in support of the motion shall be served and filed on or before November 30, 2005. Briefing will be presented pursuant to the Court's Local Rules.

All other deadlines as set forth in the Court's March 30, 2005 Scheduling Order (D.I. 17) shall remain in effect.

_____
UNITED STATES DISTRICT JUDGE