IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ERNESTINE PARKER,<br><br>   Plaintiff,<br><br>v.<br><br>COMCAST CORPORATION, a Pennsylvania corporation, COMCAST CABLE COMMUNICATIONS, INC., a Delaware corporation, COMCAST CABLEVISION OF NEW CASTLE COUNTY LLC, a Delaware limited liability corporation, successor-in-interest to Comcast Cablevision of New Castle County Inc., a Delaware corporation, PHILIP ANNONE, and WILLIAM G. MOSLEY,<br><br>   Defendants. | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 04-344-KAJ<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### ORDER

For the reasons set forth in the Memorandum Opinion (the "Opinion") issued in this matter today,

IT IS HEREBY ORDERED that the Motion to Dismiss (D.I. 6) is GRANTED, thus dismissing claims to the extent described in the Opinion.

                      /s/ Kent A. Jordan
                      UNITED STATES DISTRICT JUDGE

October 5, 2005
Wilmington, Delaware