IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ERNESTINE PARKER, | § § § | |
| Plaintiff, | § § | |
| v. | § § | C.A. No.: 04-344 KAJ |
| COMCAST CORPORATION, a Pennsylvania corporation, COMCAST CABLE COMMUNICATIONS, INC., a Delaware corporation, COMCAST CABLEVISION OF NEW CASTLE COUNTY, LLC, a Delaware Limited Liability Corporation, successor in interest to Comcast Cablevision of New Castle County, Inc., a Delaware corporation, PHILIP ANNONE and WILLIAM G. MOSLEY, | § § § § § § § § § § § § § | |
| Defendants. | § | |

## NOTICE OF SERVICE

I, Victor F. Battaglia, Sr., Esquire, do hereby certify that on the 13th day of October, 2005 two true and correct copies of Notice of Depositions (Mr. Mosley and Mr. Annone) were forwarded via hand delivery to:

William M. Kelleher, Esquire
Ballard Spahr Andrews & Ingersoll, LLP
919 Market Street, 12th Floor
Wilmington, DE 19801

*and via facsimile and first class mail to:*

John B. Langel, Esquire
Farrah I. Gold, Esquire
Ballard Spahr Andrews & Ingersoll, LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599

                                                **BIGGS & BATTAGLIA**
                                                /s/ Victor F. Battaglia
                                                Victor F. Battaglia (ID #156)
                                                921 Orange Street
                                                P.O. Box 1489
                                                Wilmington, DE 19899
                                                (302) 655-9677
                                                E-mail:  VictorSr@batlaw.com
Dated:  October 13, 2005                      Attorney for Plaintiff