## CERTIFICATE OF SERVICE

I, William M. Kelleher, hereby certify that on the 17th day of October 2005, I caused a true and correct copy of the foregoing Answer to the Complaint of Defendant Comcast Corporation to be served upon counsel for Plaintiff, via first-class mail, addressed as follows:

> Victor Battaglia, Sr.
> Biggs & Battaglia
> 921 Orange Street
> P.O. Box 1489
> Wilmington, DE 19899

Dated: _____
William M. Kelleher