IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ERNESTINE PARKER,<br><br>          Plaintiff,<br><br>v.<br><br>COMCAST CORPORATION, a Pennsylvania corporation, COMCAST CABLE COMMUNICATIONS, INC., a Delaware corporation, COMCAST CABLEVISION OF NEW CASTLE COUNTY, LLC, a Delaware Limited Liability Corporation, successor in interest to Comcast Cablevision of New Castle County, Inc., a Delaware corporation, PHILIP ANNONE, and WILLIAM G. MOSLEY,<br><br>          Defendants. | :<br>:<br>:<br>:<br>:<br>:   C.A. Number: 04-344<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## ANSWER TO THE COMPLAINT OF DEFENDANT COMCAST CABLEVISION OF NEW CASTLE COUNTY, LLC

Defendant Comcast Cablevision of New Castle County, LLC ("Comcast of New Castle County"), by and through its undersigned counsel, hereby answers the Complaint of plaintiff Ernestine Parker. Comcast of New Castle County denies each and every allegation of the Complaint except as expressly admitted below.

I. **PARTIES**

1. Comcast of New Castle County admits only that plaintiff was employed by Comcast of New Castle County until on or about November 2002. Comcast of New Castle County is without knowledge or information sufficient to form a belief as to the remaining allegations in paragraph 1 and therefore denies the same.

2.  Comcast of New Castle County admits only that Comcast Corporation is a Pennsylvania corporation. Comcast of New Castle County denies the remaining allegations in paragraph 2.

3.  Comcast of New Castle County admits only that Comcast Cable Communications, LLC [incorrectly named in the caption] is a Delaware Limited Liability Corporation. Comcast of New Castle County denies the remaining allegations in paragraph 3.

4.  Comcast of New Castle County admits only that Comcast of New Castle County, LLC is a Delaware Limited Liability Corporation that has over 600 employees and that Comcast Cablevision of New Castle County, LLC has an office at 4008 North Dupont Highway, New Castle, Delaware 19720. Comcast of New Castle County denies the remaining allegations in paragraph 4.

5.  Comcast of New Castle County admits only that Philip Annone is the Director of Human Resources at the New Castle Call Center. Comcast of New Castle County denies the remaining allegations in paragraph 5.

6.  Comcast of New Castle County admits only that William Mosley is the Manager of Human Resources at the New Castle Call Center. Comcast of New Castle County denies the remaining allegations in paragraph 6.

## II. **JURISDICTION**

7.  Comcast of New Castle County denies the allegations in paragraph 7 as conclusions of law to which no response is required.

8. Comcast of New Castle County denies the allegation in paragraph 8 as a conclusion of law to which no response is required.

9. Comcast of New Castle County admits only that plaintiff filed a charge of discrimination and the Equal Employment Opportunity issued a right to sue letter dated March 3, 2004. The charge of discrimination and right to sue letter, being written documents, speak for themselves. Comcast of New Castle County denies the remaining allegations in paragraph 9.

### III. BACKGROUND

10. Comcast of New Castle County admits only that plaintiff was hired on February 9, 1998 to work as a receptionist at Suburban Cable Company's New Castle Call Center. Comcast of New Castle County denies the remaining allegations of this paragraph.

11. Comcast of New Castle County admits that plaintiff was promoted to the position of Human Resources Clerk on July 2, 2001.

12. Comcast of New Castle County denies the averments in paragraph 12 as conclusions of law to which no response is required and as a matter of fact. To the extent a response is deemed required, Comcast of New Castle County is without knowledge or information sufficient to form a belief as to the truth of whether plaintiff began to suffer chronic left sided headaches in late 2000 and early 2001.

13. Comcast of New Castle County denies the allegations in paragraph 13.

14. Comcast of New Castle County denies the allegations in paragraph 14.

15. Comcast of New Castle County denies the allegations in paragraph 15.

16. Comcast of New Castle County denies the allegations in paragraph 16.

17. Comcast of New Castle County denies the allegations in paragraph 17.

- 4 -

18. Comcast of New Castle County denies the allegations in paragraph 18.

19. Comcast of New Castle County denies the allegations in paragraph 19.

20. Comcast of New Castle County denies the allegations in paragraph 20.

21. Comcast of New Castle County denies the allegations in paragraph 21.

22. Comcast of New Castle County admits only that plaintiff was separated from employment on or about November 4, 2002. Comcast of New Castle County denies the remaining allegations in paragraph 22.

## COUNT I
### (Violation of ADA, 42 U.S.C. § 12101 *et seq.*)

23. Comcast of New Castle County incorporates by reference its answers to paragraph 1 through 22 of the Complaint as though set forth in full herein.

24. Comcast of New Castle County denies the allegation in paragraph 24.

25. Comcast of New Castle County denies the allegations in paragraph 25.

26. Comcast of New Castle County denies the allegations in paragraph 26.

27. Comcast of New Castle County denies the allegations in paragraph 27.

28. Comcast of New Castle County denies the allegations in paragraph 28.

WHEREFORE, Defendant Comcast of New Castle County respectfully requests that this Court dismiss Count I of the Complaint, award attorneys' fees and costs to Comcast of New Castle County, and enter any further relief deemed just and appropriate by this Court.

- 5 -

## COUNT II
### (State Law Claim –Wrongful Termination)

29. Comcast of New Castle County incorporates by reference its answers to paragraph 1 through 28 of the Complaint as though set forth in full herein.

30. Comcast of New Castle County denies the allegation in paragraph 30.

31. Comcast of New Castle County denies the allegations in paragraph 31.

32. Comcast of New Castle County denies the allegations in paragraph 32.

33. Comcast of New Castle County denies the allegations in paragraph 33.

WHEREFORE, Defendant Comcast of New Castle County respectfully requests that this Court dismiss Count II of the Complaint, award attorneys' fees and costs to Comcast of New Castle County, and enter any further relief deemed just and appropriate by this Court.

## COUNT III
### (State Law Claim –Intentional Infliction of Emotional Distress)

34. Comcast of New Castle County states that it is not required to answer the averments in paragraph 34, as the Court dismissed Count III of the Complaint. To the extent that an answer is deemed required, Comcast of New Castle County denies the allegations in paragraph 34.

35. Comcast of New Castle County states that it is not required to answer the averments in paragraph 35, as the Court dismissed Count III of the Complaint. To the extent that an answer is deemed required, Comcast of New Castle County denies the allegations in paragraph 35.

- 6 -

36. Comcast of New Castle County states that it is not required to answer the averments in paragraph 36, as the Court dismissed Count III of the Complaint. To the extent that an answer is deemed required, Comcast of New Castle County denies the allegations in paragraph 36.

## COUNT IV
### (State Law Claim –Prima Facie Tort)

37. Comcast of New Castle County states that it is not required to answer the averments in paragraph 37, as the Court dismissed Count IV of the Complaint. To the extent that an answer is deemed required, Comcast of New Castle County denies the allegations in paragraph 37.

38. Comcast of New Castle County states that it is not required to answer the averments in paragraph 38, as the Court dismissed Count IV of the Complaint. To the extent that an answer is deemed required, Comcast of New Castle County denies the allegations in paragraph 37.

    a. Comcast of New Castle County states that it is not required to answer the averments in paragraph 38a, as the Court dismissed Count IV of the Complaint. To the extent that an answer is deemed required, Comcast of New Castle County denies the allegations in paragraph 38a.

    b. Comcast of New Castle County states that it is not required to answer the averments in paragraph 38b, as the Court dismissed Count IV of the Complaint. To the extent that an answer is deemed required, Comcast of New Castle County denies the allegations in paragraph 38b.

41.[1]    Comcast of New Castle County states that it is not required to answer the averments in paragraph 41, as the Court dismissed Count IV of the Complaint. To the extent that an answer is deemed required, Comcast of New Castle County denies the allegations in paragraph 41.

WHEREFORE, Defendant Comcast of New Castle County respectfully requests that this Court dismiss the Complaint, award attorneys' fees and costs to Comcast of New Castle County, and enter any further relief deemed just and appropriate by this Court.

### AFFIRMATIVE DEFENSES

Comcast of New Castle County asserts the following affirmative defenses without assuming the burden of proof of such defenses that would otherwise rest with plaintiff.

### FIRST AFFIRMATIVE DEFENSE

Plaintiff has failed to state a claim upon which relief can be granted.

### SECOND AFFIRMATIVE DEFENSE

Plaintiff's claims are barred by the applicable Statute of Limitations.

### THIRD AFFIRMATIVE DEFENSE

Plaintiff's claims are barred by the doctrines of waiver, estoppel, and laches.

### FOURTH AFFIRMATIVE DEFENSE

Comcast of New Castle County acted at all times in good faith and for legitimate and non-discriminatory reasons.

---

[1]    The Complaint does not include paragraphs numbered 39 or 40. The Answer of Comcast of New Castle County follows the numbering of the Complaint.

- 8 -

### FIFTH AFFIRMATIVE DEFENSE

Comcast of New Castle County's actions or inactions were not the proximate, legal, or substantial cause of any damages, injury, or loss suffered by Plaintiff, the existence of which is denied.

### SIXTH AFFIRMATIVE DEFENSE

Plaintiff failed to exhaust her administrative remedies.

### SEVENTH AFFIRMATIVE DEFENSE

Plaintiff has failed to mitigate her damages.

### EIGHTH AFFIRMATIVE DEFENSE

Plaintiff's claims for relief are limited by the statutory limitations on damages.

### NINTH AFFIRMATIVE DEFENSE

Comcast of New Castle County may not be held liable for punitive damages because it engaged in good faith efforts to prevent discrimination and retaliation and to comply with the Americans with Disabilities Act and all other applicable laws.

### TENTH AFFIRMATIVE DEFENSE

Comcast of New Castle County would have taken the same action and made the same decisions in the absence of Plaintiff's alleged protected traits or alleged protected conduct.

## ELEVENTH AFFIRMATIVE DEFENSE

Plaintiff's proposed accommodation[s], if any, was unreasonable or would have caused an undue hardship on Comcast of New Castle County.

WHEREFORE, Defendant Comcast of New Castle County respectfully requests that this Court dismiss the Complaint, award attorneys' fees and costs to Comcast of New Castle County, and enter any further relief deemed just and appropriate by this Court.

Dated: /7 Oct 2005

William M. Kelleher (No. 3961)
BALLARD SPAHR ANDREWS & INGERSOLL, LLP
919 N. Market Street, 12th Floor
Wilmington, DE 19801-3034
Phone: (302) 252-4465
Facsimile: (302) 252-4466

John B. Langel, Esquire
Farrah Gold, Esquire
BALLARD SPAHR ANDREWS & INGERSOLL, LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599
Phone: (215) 665-8500
Facsimile: (215) 864-8999

Attorneys for Defendants