## CERTIFICATE OF SERVICE

I, William M. Kelleher, hereby certify that on the 17th day of October, 2005, I caused a true and correct copy of the foregoing Answer to the Complaint of Defendant Comcast Cablevision of New Castle County, LLC to be served upon counsel for Plaintiff via first class mail, postage prepaid, addressed as follows:

>Victor F. Battaglia, Sr.
>Biggs & Battaglia
>921 Orange Street
>P.O. Box 1489
>Wilmington, DE  19899

Date: 17 Oct 2005

William M. Kelleher