IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ERNESTINE PARKER,<br><br>    Plaintiff,<br><br>    v.<br><br>COMCAST CORPORATION, a Pennsylvania corporation, COMCAST CABLE COMMUNICATIONS, INC., a Delaware corporation, COMCAST CABLEVISION OF NEW CASTLE COUNTY, LLC, a Delaware Limited Liability Corporation, successor in interest to Comcast Cablevision of New Castle County, Inc., a Delaware corporation, PHILIP ANNONE and WILLIAM G. MOSLEY,<br><br>    Defendants. | § § § § § § § § § § § § § § § § § § § §<br><br>C.A. No.:   04-344 KAJ |

## RE-NOTICE OF DEPOSITIONS

TO:    William M. Kelleher, Esquire
        Ballard Spahr Andrews & Ingersoll, LLP
        919 Market Street, 12th Floor
        Wilmington, DE 19801

        John B. Langel, Esquire
        Farrah I. Gold, Esquire
        Ballard Spahr Andrews & Ingersoll, LLP
        1735 Market Street, 51st Floor
        Philadelphia, PA 19103-7599

**PLEASE TAKE NOTICE** that the Notice for Oral Deposition for October 24, 2005 has been vacated and the undersigned attorney will conduct the oral deposition of the following individuals on October 26, 2005 at the offices of Biggs and Battaglia, 921 N. Orange Street, Wilmington, Delaware 19801.  The depositions shall continue from day to day until completed.

| | |
|---|---|
| **William G. Mosley** | 10:00 a.m. |
| **Philip Annone** | 1:00 p.m. |

                                                **BIGGS & BATTAGLIA**
                                                /s/ Victor F. Battaglia
                                                Victor F. Battaglia (ID #156)
                                                921 Orange Street
                                                P.O. Box 1489
                                                Wilmington, DE 19899
                                                (302) 655-9677
                                                E-mail:  VictorSr@batlaw.com
                                                Attorney for Plaintiff

Dated:  October 18, 2005

# CERTIFICATE OF SERVICE

I, Victor F. Battaglia, Sr., Esquire, do hereby certify that on the 18th day of October, 2005 one true and correct copy of **RE-NOTICE OF DEPOSITIONS** were forwarded via electronic filing and hand delivery to the following:

William M. Kelleher, Esquire
Ballard Spahr Andrews & Ingersoll, LLP
919 Market Street, 17th Floor
Wilmington, DE 19801

*and via first class mail to:*

John B. Langel, Esquire
Farrah I. Gold, Esquire
Ballard Spahr Andrews & Ingersoll, LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599

**BIGGS AND BATTAGLIA**
/s/ Victor F. Battaglia
Victor F. Battaglia (I.D. #156)
921 Orange Street
P.O. Box 1489
Wilmington DE 19899-1489
(302) 655-9677
VictorSr@batlaw.com
Attorney for Plaintiff