IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ERNESTINE PARKER, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | C.A. Number: 04-344 |
| : | |
| COMCAST CORPORATION, a Pennsylvania : | |
| corporation, COMCAST CABLE : | |
| COMMUNICATIONS, INC., a Delaware : | |
| corporation, COMCAST CABLEVISION OF : | |
| NEW CASTLE COUNTY, LLC, a Delaware : | |
| Limited Liability Corporation, successor in interest : | |
| to Comcast Cablevision of New Castle County, : | |
| Inc., a Delaware corporation, PHILIP ANNONE, : | |
| and WILLIAM G. MOSLEY, : | |
| : | |
| Defendants. : | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on October 21, 2005, I, William M. Kelleher, caused to be served true and correct copies of Defendant Comcast Cable Communication LLC's Responses to Plaintiff's First Request for Production of Documents, as well as a copy of this Notice, upon the following counsel of record in the manner indicated:

**VIA FIRST-CLASS MAIL**

Victor F. Battaglia, Esquire
Biggs & Battaglia
921 North Orange Street
P.O. Box 1489
Wilmington, DE 19899

_____
William M. Kelleher (No. 3961)
Ballard Spahr Andrews & Ingersoll, LLP
919 North Market Street
12th Floor
Wilmington, DE 19801-3034
Telephone: (302) 252-4465
Facsimile: (302) 252-4466

OF COUNSEL:
John B. Langel
Farrah I. Gold
Ballard Spahr Andrews & Ingersoll, LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599
(215) 665-8500