IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ERNESTINE PARKER,<br><br>    Plaintiff,<br><br>v.<br><br>COMCAST CORPORATION, a Pennsylvania corporation, COMCAST CABLE COMMUNICATIONS, INC., a Delaware corporation, COMCAST CABLEVISION OF NEW CASTLE COUNTY, LLC, a Delaware Limited Liability Corporation, successor in interest to Comcast Cablevision of New Castle County, Inc., a Delaware corporation, PHILIP ANNONE, and WILLIAM G. MOSLEY,<br><br>    Defendants. | :<br>:<br>:<br>:<br>:<br>:   C.A. Number: 04-344<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## MOTION OF DEFENDANT
## FOR SUMMARY JUDGMENT

Defendants, by and through their undersigned attorneys, hereby move this Court, pursuant to Federal Rule of Civil Procedure 56, for summary judgment. The basis for this motion is that (1) Plaintiff's claim under the ADA fails because she cannot establish that she is a qualified individual with a disability or that Defendants failed to reasonably accommodate her; and (2) Plaintiff can not establish a claim for wrongful termination because she can not establish a breach of the implied covenant of good faith and fair dealing. In support of this motion, Defendants incorporate by reference the attached brief.

WHEREFORE, Defendants respectfully request that this Court grant their Motion for Summary Judgment and enter any further relief deemed just and appropriate by this Court.

Respectfully submitted,

Dated: Nov. 30, 2005

BALLARD SPAHR ANDREWS & INGERSOLL, LLP

William M. Kelleher (No. 3961)
919 Market Street, 17th Floor
Wilmington, DE 19801
Phone: (302) 252-4465
Facsimile: (302) 252-4466

-and-

John B. Langel, Esquire
Farrah I. Gold, Esquire
1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599
(215) 665-8500

Attorneys for Defendant