## CERTIFICATE OF SERVICE

I, William M. Kelleher, hereby certify that on the 30th day of November, 2005, I caused two true and correct copies of the foregoing Motion of Defendants for Summary Judgment, and Brief in support thereof, to be served via hand-delivery to counsel for Plaintiffs, addressed as follows:

>Victor F. Battaglia, Sr.
>Biggs & Battaglia
>921 Orange Street
>P.O. Box 1489
>Wilmington, DE 19899

Dated: 30 Nov 2005

William M. Kelleher (3961)