# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ERNESTINE PARKER, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | C.A. Number: 04-344 |
| : | |
| COMCAST CORPORATION, a Pennsylvania : | |
| corporation, COMCAST CABLE : | |
| COMMUNICATIONS, INC., a Delaware : | |
| corporation, COMCAST CABLEVISION OF : | |
| NEW CASTLE COUNTY, LLC, a Delaware : | |
| Limited Liability Corporation, successor in interest : | |
| to Comcast Cablevision of New Castle County, : | |
| Inc., a Delaware corporation, PHILIP ANNONE, : | |
| and WILLIAM G. MOSLEY, : | |
| : | |
| Defendants. : | |

## ORDER

AND NOW, this _____ day of _____, 2005, upon consideration of the Motion of Defendants for Summary Judgment, and Plaintiff's response thereto, it is hereby ORDERED that the motion is granted and (1) the Americans with Disabilities Act claim against Defendants is dismissed with prejudice and (2) the wrongful termination claim under Delaware law against Defendants is dismissed with prejudice.

BY THE COURT:

_____
Honorable Kent A. Jordan, U.S.D.J.

DE_DOCS_A #5973 v1