## CERTIFICATE OF SERVICE

I, William M. Kelleher, hereby certify that on the 21st day of December, 2005, I

caused two true and correct copies of the foregoing Reply Brief in Further Support of Their

Motion of Defendants for Summary Judgment, to be served via hand-delivery to counsel for

Plaintiffs, addressed as follows:

> Victor F. Battaglia, Sr.
> Biggs & Battaglia
> 921 Orange Street
> P.O. Box 1489
> Wilmington, DE  19899

Dated: December 21, 2005

William M. Kelleher, Esquire (No. 3961)