# BIGGS AND BATTAGLIA

**ATTORNEYS AT LAW**
921 NORTH ORANGE STREET
P.O. BOX 1489
WILMINGTON, DELAWARE 19899
(302) 655-9677
TELECOPIER (302) 655-7924
writer's e-mail address: VictorSr@batlaw.com

**VICTOR F. BATTAGLIA**
**ROBERT D. GOLDBERG**
**PHILIP B. BARTOSHESKY**
**VICTOR F. BATTAGLIA, JR.**

OF COUNSEL
**JOHN BIGGS III**
**GERARD P. KAVANAUGH, SR.**
**S. BERNARD ABLEMAN**

December 23, 2005

**Via Electronic Filing**
The Honorable Kent A. Jordan
District Court of Delaware
844 North King Street
Wilmington, DE 19801

      RE:    *Ernestine Parker v. Comcast Corporation, et al.*
               *C.A. Number: 04-344 KAJ*

Dear Judge Jordan:

    I am writing in response to the Defendants' letter advising the Court of the recent Opinion in Johnson v. Thru Point, Inc., No. 04-3386 (3d Cir. December 20, 2005).

    Contrary to the Defendants' assertion, the Johnson case is not similar to the present action. In Johnson, the terminated employee apparently did not file an FMLA application with his employer and his only statement to the employer concerning any impairment was that "something was wrong".

    In the present case, before her employment was terminated, the Plaintiff had filed two FMLA applications, had collapsed at work and had discussions with her supervisors concerning her chronic headaches.

    Johnson v. Thru Point, Inc., if anything, supports the Plaintiff's case to the extent it shows the sharp contrast between Johnson's nearly complete lack of communication to his employer concerning his impairments and the present Plaintiff's numerous communications to her employer concerning her impairment.

                                  Respectfully submitted,

                                  /s/ Victor F. Battaglia (#156)

                                  Victor F. Battaglia

VFB/fkb
   cc:    John B. Langel, Esquire, *via first class mail*
           Farrah I. Gold, Esquire, *via first class mail*
           William Kelleher, Esquire, *via electronic filing*