## Plaintiff's Exhibit List

1. Plaintiff's personnel file at Comcast

2. Delaware Department of Labor Notice of Reasonable Cause re: Parker v. Comcast Cable, Inc., State Case Number: 0210650 (B-1, B-2 of the Appendix to Plaintiff's Answering Brief in Opposition to Defendants' Motion for Summary Judgment)

3. Medical records of Dr. Fallorina

4. Medical records of Dr. Carunchio

5. Excerpts from Plaintiff's Comcast "FMLA" file, including certification of healthcare providers, Comcast/Parker document number 0228-0231, Comcast/Parker document number 0192-0197

6. August 16, 2002 Memorandum from Billy J. Mosley, Comcast/Parker document number: 0175

7. Interoffice Memorandum – Fidel Edwards, John MacGowan from Philip T. Annone, August 27, 2002 – Comcast/Parker document number: 0272-0274

8. Memorandum from Billy G. Mosley – May 22, 2003, Comcast/Parker document number 0275

9. Letter from Philip Annone to Evangeline Draper Hawthorne, EEOC (undated), Comcast/Parker document number: 0165-0168

10. Deposition transcripts of Philip Annone from this case and from Gonzalez, et al. v. Comcast, et al., C.A. Number: 03-445 KAJ, dated February 27, 2004 and March 16, 2004.

11. Deposition transcripts of Al Pedrick from Gonzalez, et al. v. Comcast, et al., C.A. Number: 03-445 KAJ, dated March 17, 2004.