Law Offices
# BALLARD SPAHR ANDREWS & INGERSOLL, LLP

919 NORTH MARKET STREET, 12TH FLOOR
WILMINGTON, DELAWARE 19801-3034
(302) 252-4465
FAX: (302) 252-4466
WWW.BALLARDSPAHR.COM

PHILADELPHIA, PA
BALTIMORE, MD
DENVER, CO
SALT LAKE CITY, UT
VOORHEES, NJ
WASHINGTON, DC

WILLIAM M. KELLEHER
DIRECT DIAL: 302-252-4460
PERSONAL FAX: 302-355-0723
KELLEHERW@BALLARDSPAHR.COM

March 7, 2006

**VIA HAND DELIVERY and E-FILING**

The Honorable Kent Jordan
U.S. District Court
Lockbox 18
844 N. King Street
Wilmington, DE 19801

Re:   Ernestine Parker v. Comcast Corporation, et al.
      Civil Action No. 04-344-KAJ

Dear Judge Jordan:

Today, I spoke with opposing counsel and Your Honor's staff regarding the date of the pre-trial conference in the above-referenced matter. The parties have agreed to move the pre-trial conference to April 10 at 9:30 A.M., a date and time that I understand is also convenient for the Court. Consequently, Comcast respectfully asks that the pre-trial conference be moved to April 10 at 9:30 A.M.

Thank you for your consideration.

Respectfully,

William M. Kelleher

Enclosure

cc:   John B. Langel, Esquire
      Farrah I. Gold, Esquire
      Victor Battaglia, Esquire

DMEAST #9479495 v1