IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ERNESTINE PARKER,                         ) | |
|                                            ) | |
|           Plaintiff,                       ) | |
|                                            ) | |
|     v.                                     ) | Civil Action No. 04-344-KAJ |
|                                            ) | |
| COMCAST CORPORATION, a                     ) | |
| Pennsylvania corporation, COMCAST          ) | |
| CABLE COMMUNICATIONS, INC., a              ) | |
| Delaware corporation, COMCAST              ) | |
| CABLEVISION OF NEW CASTLE                  ) | |
| COUNTY LLC, a Delaware limited liability   ) | |
| corporation, successor-in-interest to      ) | |
| Comcast Cablevision of New Castle          ) | |
| County Inc., a Delaware corporation,       ) | |
| PHILIP ANNONE, and WILLIAM G.              ) | |
| MOSLEY,                                    ) | |
|                                            ) | |
|           Defendants.                      ) | |

**ORDER**

At Wilmington this **8th** day of **March, 2006**,

IT IS ORDERED that the pretrial conference presently set for **April 6, 2006 at 4:30 p.m.** is hereby rescheduled to **April 10, 2006 at 9:30 a.m.** in Courtroom 6A, 6th Floor, J. Caleb Boggs Federal Building, Wilmington, Delaware.

_____
UNITED STATES DISTRICT JUDGE