IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

ERNESTINE PARKER,                              )
                                               )
          Plaintiff,                           )
                                               )
     v.                                        )          Civil Action No. 04-344-KAJ
                                               )
COMCAST CORPORATION, a                         )
Pennsylvania corporation, COMCAST              )
CABLE COMMUNICATIONS, INC., a                  )
Delaware corporation, and COMCAST              )
CABLEVISION OF NEW CASTLE                      )
COUNTY LLC, a Delaware limited liability       )
corporation, successor-in-interest to          )
Comcast Cablevision of New Castle              )
County Inc., a Delaware corporation,           )
                                               )
          Defendants.                          )
                                               )
                                               )

## ORDER

For the reasons set forth in the Memorandum Opinion of today's date in this

matter,

IT IS HEREBY ORDERED that the Motion for Summary Judgment filed by

Defendants Comcast Corporation, Comcast Cable Communications and Comcast

Cablevision of New Castle County LLC (Docket Item 41) is GRANTED.



UNITED STATES DISTRICT JUDGE

March 17, 2006
Wilmington, Delaware